# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **KATHEY WHITE,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| v. | ) | **CV 08-1289** |
| | ) | |
| | ) | |
| **CCB CREDIT SERVICES, INC,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, by and through her undersigned counsel, and notifies the court that a settlement has been reached between the Parties in this matter, and that Plaintiff expects to file a Notice of Dismissal within the next 30 days.

/s/ Michael W. Lindsey

Attorney for Plaintiff
**OF COUNSEL:**
Lindsey Law Firm, LLC
One Perimeter Park South, Ste 330N
Birmingham, AL 35243
(205) 970-2233
(205) 278-8522 (facsimile)